IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-mj-360 GGH |
| Plaintiff, | |
| v. | |
| DANIEL VALENCIA-ZAMBRANO, | |
| Defendant. | |

Upon the government's unopposed request, and good cause having been shown, the transport and commitment order entered on November 21, 2011 is hereby by STAYED.

SO ORDERED.

DATED: November 29 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE