IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL VALENCIA-ZAMBRANO,<br><br>　　　　Defendant. | CR. No. S-11-mj-360 GGH<br><br>**ORDER LIFTING STAY ON TRANSPORT AND COMMITMENT ORDER** |

For the reasons set forth in the government's motion, and good cause appearing therefrom, the previously imposed stay is hereby lifted. Accordingly, it is hereby ordered that the defendant to be transported, in custody, by the United States Marshals to face charges in the District of Arizona.

DATED: March 7, 2012

　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1